NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Peter S. Gregorovic, Esq.
Melissa A. Hoffman, Esq.
FREDRICKSON, MAZEIKA & GRANT, LLP
5720 Oberlin Drive
San Diego, CA 92121
Phone: 858-642-2002/ Fax: 858-642-2001
pgregorovic@fmglegal.com

ATTORNEYS FOR: Plaintiff, Colony Insurance Company

FILED

2010 JUN 25 AM 10: 12

CLERK U.S DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| COLONY INSURANCE COMPANY | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV10 4714 |
| v. | |
| RENAISSANCE MALIBU, LLC, et al | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:     THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for _Plaintiff_
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| 1. Colony is, and was, at all times relevant herein a corporation formed under the laws of the State of Virginia, with its principal place of business in Virginia. Colony is authorized to do business in California as a non-admitted carrier. | Plaintiff |
| 2. Renaissance Malibu, LLC, is and was at all times relevant herein a business entity of unknown form, and is not a registered LLC within any jurisdiction in the United States. | Defendant |
| 3. Grasshopper House, LLC, is, and was at all times relevant herein, a California limited liability company doing business as "Passages Malibu". | Defendant |
| 4. Passages Silver Strand, LLC, is and was at all times relevant herein a California limited liability company. | Defendant |

June 24, 2010
Date

Sign

PETER S. GREGOROVIC
Attorney of record for or party appearing in pro per