**FREDRICKSON, MAZEIKA
& GRANT, LLP**
5720 Oberlin Drive
San Diego, CA 92121
Telephone: (858) 642-2002/ Facsimile (858) 642-2001
Peter S. Gregorovic, Esq.; Cal. Bar No. 134950
Melissa A. Hoffman, Esq.; Cal. Bar. No. 257126

Attorneys for Plaintiff, COLONY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RENAISSANCE MALIBU, LLC, an unknown business entity; GRASSHOPPER HOUSE, LLC, a California limited liability company doing business as "Passages Malibu"; PASSAGE SILVER STRAND, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV10 4714 SJO (JCx)<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a). |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

DATED: July 22, 2010             **FREDRICKSON, MAZEIKA & GRANT, LLP**

                                       By: *s/ Peter S. Gregorovic*
                                               Peter S. Gregorovic, Esq.
                                               Melissa A. Hoffman, Esq.
                                               Attorneys for Plaintiff
                                               COLONY INSURANCE COMPANY

Colony Insurance Company v. Renaissance Malibu, et al
United States District Court, Central District of California Case No. CV10 4714 SJO (JCx)

## CERTIFICATE AND DECLARATION OF SERVICE THROUGH CM/ECF SYSTEM

I am employed in the City of San Diego, County of San Diego, State of California. I am over the age of 18 years and not a party to the within action. My business address is 5720 Oberlin Drive, San Diego, California 92121-1723.:

On August 4, 2010, I served the foregoing document entitled

1. **Notice of Voluntary Dismissal**

Said documents were served as follows:

| | |
|---|---|
| Passage Silver Strand, LLC A California Limited Liability Company<br>Thomas A. Nitti, Authorized Agent for Process of Service<br>1250 Sixth Street, Suite 205<br>Santa Monica, CA 90401 | James E. Doroshow, Esq.<br>Fox Rothschild, LLP<br>1800 Century Park East<br>Suite 300<br>Los Angeles, CA 90067<br>Counsel for Renaissance Malibu, LLC |

☒     **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on August 4, 2010. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed August 4, 2010, at San Diego, California.

Evy Knapp

Certificate and Declaration of Service Through CM/ECF System        (Case No. CV10 4714 SJO (JCx))